

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANY AND ALL RADIO STATION TRANSMISSION EQUIPMENT, RADIO FREQUENCY POWER AMPLIFIERS, RADIO FREQUENCY TEST EQUIPMENT AND ANY OTHER EQUIPMENT ASSOCIATED WITH OR USED IN CONNECTION WITH THE TRANSMISSIONS ON FREQUENCY 95.3 MEGAHERTZ LOCATED IN 1365 SAINT NICHOLAS AVENUE, APARTMENT 31P, WASHINGTON HEIGHTS, NEW YORK,<br><br>Defendants-in-Rem. | **FILED UNDER SEAL**<br><br><br>No. 18 Civ. 1373<br><br><br>**UNSEALING ORDER** |

     WHEREAS, upon the request of the United States, all documents filed in this action were ordered filed under seal until further order of the Court;

     WHEREAS, the United States Marshals Service has now executed and returned the Summons and Warrant for Arrest of Articles In Rem endorsed by the Court to the Clerk of the Court;

     NOW THEREFORE IT IS HEREBY ORDERED that the Clerk of the Court shall unseal all documents filed in this action.



Dated: New York, New York
      May 10, 2018

SO ORDERED:

_____
HONORABLE ROBERT W. SWEET
United States District Judge
Southern District of New York